JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE BANDEL,<br><br>        Plaintiff,<br><br>    v.<br><br>LOUIS BORJON et al.,<br><br>        Defendants. | Case No. CV 14-09926-DSF (DFM)<br><br>ORDER RE: DISMISSAL OF ACTION WITHOUT PREJUDICE |

On July 31, 2017, Plaintiff filed a motion to dismiss this action. See Dkt. 90. Because Defendants have filed an answer to Plaintiff's Second Amended Complaint, see Dkt. 81, 85, the Court deemed Plaintiff's motion to be made under Fed. R. Civ. P. 41(a)(2) and accordingly ordered Defendant to file any opposition to an order of dismissal without prejudice within 7 days, see Dkt. 91. Defendants have filed statements of non-opposition. See Dkt. 92, 93.

///
///
///
///
///

| | |
|---|---|
| 1 |      This Court has conducted a <u>de</u> <u>novo</u> review of Plaintiff's motion and |
| 2 | Defendants' statements of non-opposition. Plaintiff's motion is GRANTED |
| 3 | and IT IS THEREFORE ORDERED that this action be dismissed without |
| 4 | prejudice under Federal Rule of Civil Procedure 41(a)(2). |

Dated:   8/31/17

*/s/ Dale S. Fischer*
_____
DALE S. FISCHER
United States District Judge

Presented by:

*/s/ Douglas F. McCormick*
_____
DOUGLAS F. McCORMICK
United States Magistrate Judge